**EXHIBIT 1**

DISTRICT JUDGE FRANKLIN D. BURGESS
MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| KEVIN LEE ESTES, | NO. C08-5749FDB/JKA |
|---|---|
| Plaintiff, | DECLARATION OF DEVON SCHRUM |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al., | |
| Defendant. | |

I, DEVON SCHRUM, make the following declaration:

1. I am the Grievance Program Manager in the Office of Correctional Operations, Washington State Department of Corrections (DOC), located in Tumwater, Washington. My official duties include responding to questions regarding the inmate grievance program statewide, reviewing grievances appealed to Level III, reporting to DOC officials on the status of the grievance program, and other duties related to this program. I have held this position since April, 2006.

2. The Washington Offender Grievance Program (OGP) has been in existence since the early 1980's and was implemented on a department-wide basis in 1985.

3. Under the OGP, an offender may file a grievance over a wide range of aspects of his/her incarceration. Inmates may file grievances challenging: 1) DOC institution policies,

DECLARATION OF DEVON SCHRUM
(NO. C08-5749FDB/JKA)

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

rules and procedures; 2) the application of such policies, rules and procedures; 3) the lack of policies, rules or procedures that directly affect the living conditions of the offender; 4) the actions of staff and volunteers; 5) the actions of other offenders; 6) retaliation by staff for filing grievances; and 7) physical plant conditions. An offender may not file a grievance challenging: 1) state or federal law; 2) court actions and decisions; 3) Indeterminate Sentence Review Board actions and decisions; 4) administrative segregation placement or retention; 5) classification/unit team decisions; 6) transfers; 7) disciplinary actions; and several other aspects of incarceration. Administrative segregation, classification, and disciplinary issues are not grievable because these areas have their own appeal process.

4. The OGP provides a wide range of remedies available to inmates. These remedies are outlined in OGP 015 and include: 1) restitution of property or funds; 2) correction of records; 3) administrative actions; 4) agreement by department officials to remedy an objectionable condition within a reasonable time; and 5) a change in a local or department policy or procedure.

5. The grievance procedure consists of four levels of review:

Level 0 - Complaint or informal level. The grievance coordinator at the prison receives a written complaint from an offender on an issue about which the offender wishes to pursue a formal grievance. At this complaint level, the grievance coordinator pursues informal resolution, returns the complaint to the offender for rewriting, returns the complaint to the offender requesting additional information, or accepts the complaint and processes it as a formal grievance. Routine and emergency complaints accepted as formal grievances begin at Level I, complaints alleging staff misconduct are initiated at Level II.

Level I - Grievances against policy, procedure, or other offenders, and grievances processed as emergencies. The local grievance coordinator is the respondent at this level.

<u>Level II</u> - Appeal. Offenders may appeal Level I grievances to this level. Staff conduct grievances are initiated at this level. All appeals and initial grievances received at Level II are investigated, with the prison superintendent being the respondent.

<u>Level III</u> - Appeal. Offenders may appeal all Level II responses except emergency grievances to Department headquarters in Tumwater, where they are reinvestigated. Administrators are the respondents.

6. Since March 1, 2005, offenders have 20 working days from the date of an incident to file a grievance. Prior to this date, offenders had five working days from the date of an incident to file a grievance. An exception to this filing timeframe is allowed if there is a valid reason for the delay.

7. The DOC's grievance system is well known to inmates; currently over 20,000 grievances are filed per year system wide.

8. Kevin Estes, DOC #915117, is a DOC inmate currently incarcerated at the McNeil Island Corrections Center (MICC), Minimum Security Unit in Steilacoom, Washington.

9. It is my understanding that Mr. Estes' complaint in this case raises a claim that several staff members at the MICC violated Mr. Estes' right of access to the courts by failing to make photocopies of documents he wanted to send to the court and by rejecting some of his outgoing legal mail. It is my understanding that the incidents forming the basis of Mr. Estes' complaint occurred in late November and early December 2008.

10. Mr. Estes' complaints about MICC staff failing to make copies of documents and refusing to mail out legal mail are grievable issues under DOC's grievance system.

11. I have reviewed DOC's official grievance records concerning Mr. Estes and have determined that he filed grievances against MICC staff asserting that they failed to make copies of legal documents for him and failed to mail out his legal mail, in late November and early December 2008. These grievances were given DOC grievance Nos. 0828479 and 0828815. Grievance No. 0828479 concerns photocopies and has proceeded only to level 2.

1  Grievance No. 0828815 concerning outgoing legal mail has proceeded only to level 0. Mr.
2  Estes clearly has not gotten the results and remedies he was seeking in these grievances and the
3  grievances have not been processed through the highest level, level III. As such, official DOC
4  grievance records show that Mr. Estes has not exhausted his prison grievance remedies on his
5  claims in this case.

6      12.    Attached to this declaration as Attachment A are the official DOC records
7  pertaining to Mr. Estes' grievance Nos. 0828479 and 0828815.

8      I declare under the penalty of perjury that the foregoing is true and correct to the best of
9  my knowledge.

10      EXECUTED this _27_ day of March, 2009, at Tumwater, Washington.

                        DEVON SCHRUM

DECLARATION OF DEVON SCHRUM     4      ATTORNEY GENERAL OF WASHINGTON
(NO. C08-5749FDB/JKA)                                        Corrections Division
                                                                                       PO Box 40116
                                                                                     Olympia, WA 98504-0116
                                                                                       (360) 586-1445

**ATTACHMENT A**

| | | LOG I.D. NUMBER |
|---|---|---|
| | | 0828479 |



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**LEVEL 1 – INITIAL GRIEVANCE**
**NIVEL 1 - QUEJA INICIAL**

| Name: NOMBRE: | Last APELLIDO | First PRIMER NOMBRE | Middle 2DO NOMBRE | DOC Number NUMERO DOC | | Facility/FACILIDAD | Unit/Cell UNIDAD/CELDA |
|---|---|---|---|---|---|---|---|
| | Estes, | Kevin | | 915117 | MICC | | E-312 |

| Community Corrections Office OFICINA DE CORRECCIONES EN LA COMUNIDAD | Date Typed FECHA ESCRITA 01/02/2009 | PART B – OBTS INFORMATION INFORMACION DE OBTS | | |
|---|---|---|---|---|
| | | Remedy/REMEDIO 08 | Resolution/RESOLUCION 04 | Pending/PENDIENTE |

**PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL**        Response due/Respuesta requerida en

**I WANT TO GRIEVE:** This is the third re-write pursuant to the Coordinator's deliberate obstruction of WA. State Supreme # 82540-8. Legal photo copying by Counselor McGhee. Being evidence packets containing further evidence of preventing me access to the legal processing of court documents and evidence which is already of record. Thus prejudicing me further. As described in the 2 other attempts using fraudulent procedure and processing under the grievance procedure. In re: # 0828479, Pierce County Superior Court cause # 06-1-0506-3 and Division II 38435 Lakewood Municipal # IN80989 has evidence packets with kites, classification papers, money transfers, postage due forms copied here and at other institutions already introduced. McGhee refuses, thus obstructing, causing me to loose my appeal.

**SUGGESTED REMEDY:** McGhee write a letter explaining to the courts why he is refusing to do any legal photo copying as my kites to him haven't been responded to, and acknowledging his actions that time barred me thus loosing my cause.

Grievance Coordinator Signature    Date 1/8/09        Grievant Signature    Date 1/8/09
FIRMA DE COORDINADOR DE QUEJAS   FECHA              FIRMA DE QUEJANTE     FECHA

**PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL**

Your grievance was investigated by Classification Counselor 3 Erickson who reported that policy requires offenders to make timely photocopy requests in advance of any known court deadline, to allow staff a reasonable time frame. Counselor McGhee had directed you to wait in the unit until he had time to make legal copies. You told the Correctional Unit Supervisor that you were directed to wait in the administration area of the unit, manipulating the situation in your favor. Counselor McGhee sent you back to the unit. He tried to locate you the next morning with negative results.

You did not follow policy. You did not make a timely request for legal copies. You gained access to the administration area by lying to the Correctional Unit Supervisor. This grievance has no merit.

                                                    Grievance Coordinator Signature    1/20/09
                                                    COOINADOR DE QUEJAS               Date FECHA

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received.
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.

Distribution:  White- Grievance Program Manager-Gerente del Programa de Quejas,   Grievance Coordinator-Coordinador de Queja
                      Grievant-Quejante,  Gnevance Coordinator-Coordinador de Quejas,  Grievant-Quejante
DOC 05-166 E/S (Rev. 9/14/07)                                                             DOC 550.100

| | |
|---|---|
| | **LOG I.D. NUMBER** 0828479 |



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**APPEAL TO LEVEL II**
**APELACIÓN AL 2DO NIVEL**

| NAME: LAST / NOMBRE: APELLIDO | FIRST / PRIMER NOMBRE | MIDDLE / 2DO NOMBRE | DOC NUMBER / NUMERO DOC | FACILITY / FACILIDAD | UNIT/CELL / UNIDAD/CELDA |
|---|---|---|---|---|---|
| Estes, Kevin | | | 915117 | MICC | E-312 |

| COMMUNITY CORRECTIONS OFFICE / OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED / FECHA ESCRITA | **PART B – OBTS INFORMATION / INFORMACION DE OBTS** | | |
|---|---|---|---|---|
| | 01/26/2009 | REMEDY/REMEDIO: 08 | RESOLUTION/RESOLUCION: 04 | PENDING/PENDIENTE |

**PART A – APPEAL TO LEVEL II / PARTE A – APPELACIÓN AL 2DO NIVEL**    Response due/Respuesta requierida en _____

**I WANT TO GRIEVE:** The response to #0828479 as it is a wrong statement not reflecting the facts submitted and will be submitted to the PRP filed in relation to said issue. US Dist. Court CO85749-FDBJKA. The kites I have reflect proper time frame and a response with designated time for coping by Counselor McGhee contrary to that issue stated. The Counselor knew my work schedule and location as it's a matter of record and addressed on the kite. He did not make any attempts to contact me as I checked expecting this type of response so the C/O's in the unit of that day are of my record, which ultimately proves my issue grieved. And coping of said forms of evidence as stated in said kites still being ignored.

**SUGGESTED REMEDY:** Do an employee conduct report on Counselor Erickson for falsifying a grievance by misrepresenting facts of record. Follow through with original suggestion.

GRIEVANCE COORDINATOR SIGNATURE / FIRMA DE COORDINADOR DE QUEJAS    DATE/FECHA: 1/26/09
GRIEVANT SIGNATURE / FIRMA DE QUEJANTE    DATE/FECHA: 1/26/09

**PART B – LEVEL II RESPONSE / PARTE B RESPUESTA 2DO NIVEL**

Your grievance was investigated by Classification Counselor 3 Erickson who reported that According to DOC 590.500 - Legal Access for Offenders, section (VIII) Photocopying (D). (3): Offenders are responsible for making timely photocopy requests, in advance of any known court deadline, to allow staff a reasonable time frame.

Inmate Estes did not follow policy. He did not make a timely request for legal copies, resulting in his own obstruction, causing him to lose his appeal.

SUPERINTENDENT, WORK RELEASE SUPERVISOR, FIELD ADMINISTRATOR SIGNATURE    DATE/FECHA: 3-2-09
SUPERINTENDENTE,

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received.
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.

DOC 05-168 E/S (Rev. 10/2001) POL    1. GRIEVANCE PROGRAM MANAGER – GERENTE DEL PROGRAMA DE QUEJAS    DOC 550.100

| LOG I.D. NUMBER |
|---|
| 0828815 |



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**OFFENDER COMPLAINT**

CHECK ONE: ☐ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

RESIDENTIAL FACILITIES: Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| Estes | Kevin | Lee | 915117 |
| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
| Unasigned | NA | MICC | E-312-2 |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia, WA 98504-1129.

| MAILING ADDRESS | STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|---|
|  |  |  |  |  |

**I WANT TO GRIEVE:** MICC's mail room for refusing to process my outgoing legal mail. I am indigent and have been doing my two appeals under three causes, #IN8989, #06-8-01506-3, and #38435-3-II. All which have LFO's and are of record being paid by D.O.C. inmate accounts, accepted prior to this being legal mail as indicated and in the said appeals. Thus violating further the time periods associated with Due Process of Appeals and legal mail under indigent standing. Refusing access to Court,

**SUGGESTED REMEDY:** Acknowledge the violations in writing so to submit such to the U.S. District Court, and Washington State Supreme Court. Stop hindering legal mail or Properly stamped or mail form: DOC02-003ES Acknowledge Damages described

SIGNATURE: [signed] 12/4/08

| GRIEVANCE COORDINATOR'S RESPONSE | LOCATION CODE T-03 | DATE RECEIVED 12-8-08 |
|---|---|---|

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____.
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by:
Due Date: _____
☐ No rewrite received. Date: _____

EXPLANATION: Multiple complaints regarding the same issue will not be accepted. Rewrite on one form. Shortly, concisely, and to the point

| INITIAL COMPLAINT OBTS INFORMATION | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 50 | 587 | 394 | 08 | 05 | 12/10/08 | [signed] Hughes |

DOC 05-165 (Rev. 01/21/05) OCO / POL    1.    **GRIEVANCE PROGRAM MANAGER**    DOC 550.100

| | LOG I.D. NUMBER |
|---|---|
| | 0828815 |



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**OFFENDER COMPLAINT**

CHECK ONE: ☐ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

RESIDENTIAL FACILITIES: Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| Estes | Kevin | Lee | 915117 |
| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
| CI meat. | 7: - 3 - | MICC | E-312-2 |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS | STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|---|

**I WANT TO GRIEVE:** MICC C/O at Extention 6524 for denying access to my attorneys and the Court addressing my Appeals by means of legal mail, for the second time in three days stating on the legal mail postage Transfer that my legal correspondence exceeds D.O.C policy limits, thus again preventing me from access to the Courts and Attorneys. A complete civil rights violation and costing me my appeal by denying Legal access

**SUGGESTED REMEDY:** Supply me with some authority, policy, WAC, that prevents my legal access to the sentencing Court and attorneys involved. Acknowledge the legal obstruction in writing that you violate on a continuing basis my Constitutional right to MANDATORY access

SIGNATURE: [signed]   DATE: 12/5/08

LOCATION CODE: I-03   DATE RECEIVED: 12-8-08

**GRIEVANCE COORDINATOR'S RESPONSE**

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____.
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by:
Due Date: _____
☐ No rewrite received. Date: _____

**EXPLANATION:** Multiple complaints regarding the same issue will not be accepted. Rewrite on one complaint form.

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| | | | | 08 | 05 | 12/16/08 | [signed] W Hughes |

DOC 05-165 (Rev. 01/21/05) OCO / POL   1.   **GRIEVANCE PROGRAM MANAGER**   DOC 550.100

LOG I.D. NUMBER: 0828815



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**OFFENDER COMPLAINT**

CHECK ONE: ☑ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

NAME: LAST: Estes  FIRST: Kevin  MIDDLE: Lee  DOC NUMBER: 915117

PROGRAM ASSIGNMENT: CI meat Plant  WORK HOURS: 7:00 to 3:00  FACILITY/OFFICE: MICC  UNIT/CELL: E-312

**COMMUNITY SUPERVISION:** Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER

I WANT TO GRIEVE: This is a rewrite of grievance 0828815 which is due to the coordinators labeling two seperate issues as one. 1# being the mailrooms rejection of outgoing legal mail already rewritten, 2# Being the 4o at ext 6524 denying and further hampering my access to my attorney, court, and parties. The mailrooms phone ext are 1244, 1245, and 1246. 6524 being someone who has the authority to guide the Unit 4o who called that ext. for advice, knowing that refusing outgoing mail (Legal) falls under no policy that restricts outgoing amounts. That being DOC 450.100, Hence obstruction, civil rights violations, and ultimatly a dismissle with Prejudice once introduced that the person at that 6524 extention made a wrong command divisien costing me my appeal

SUGGESTED REMEDY: due to time bar. Person at extention 6524 write a letter to the courts with a explination stating what authority they had to stop my appeal process. Acknowledging thier error and continuing obstructions as evident by the need of this grievance.

MANDATORY SIGNATURE: [signed] Kevin Estes  DATE: 12/11/08

**GRIEVANCE COORDINATOR'S RESPONSE**

LOCATION CODE: I-03  DATE RECEIVED: 12-12-08

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____.
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☑ Additional information and/or rewriting is needed.
(See below.) Return within five (5) days or by:
Due Date: 12/26/08
☐ No rewrite received. Date: _____

EXPLANATION: Multiple page complaints are not routinely accepted. Rewrite on one form as previously instructed.

**INITIAL COMPLAINT OBTS INFORMATION**

| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 08 | 05 | 12/17/08 | [signed] |

DOC 05-165 (Rev. 01/21/05) OCO / POL  **1. GRIEVANCE PROGRAM MANAGER**  DOC 550.100

| LOG I.D. NUMBER |
|---|
| 0828815 |



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**OFFENDER COMPLAINT**

CHECK ONE: ☑ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| Estes | Kevin | Lee | 915117 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| CI, meat factory | 7:00-3:00 | MICC | S-312-2 |

**COMMUNITY SUPERVISION:** Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: | STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

**I WANT TO GRIEVE:** This is a rewrite of initial grievance 0828815 which is due to the coordinators labeling two seperate issues and grivances under one, contridictory to the grievance proccedure. Issue One / 1# MICC's mailroom has refused to process my outgoing legal mail stating insuficient funds, and exceeding the amount alotted per week of $4.20, That is the cause for my loss of appeal due to the constitutional violation, and misrepresentation and action by the mailroom of policy DOC# 450.100 obstructing access to the Courts. Not to exclude the fact that prejudice is evident by a 9.9oz package to the U.S. Dist Court at $3.42, or 4.20 per 10oz doesn't add up to $4.80, or that the required copies included for the parties is being blocked. The primary party being D.O.C. for obstruction by just these means. The original grivances being forwarded to the Courts as further evidence. This being the second group of obstructions.

**SUGGESTED REMEDY:** write a letter for the U.S. Dist Court acknowledging thier continued violations, and prejudice, Thus Time barring me eligally

| MANDATORY SIGNATURE | DATE |
|---|---|
| [signature] | 12/11/08 |

| LOCATION CODE | DATE RECEIVED |
|---|---|
| I-03 | 12-12-08 |

**GRIEVANCE COORDINATOR'S RESPONSE**

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____ .
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting is needed.
(See below.) Return within five (5) days or by:
Due Date: _____
☐ No rewrite received. Date: _____

**EXPLANATION:**

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| | | | | | | | |

DOC 05-165 (Rev. 01/21/05) OCO / POL    1.    **GRIEVANCE PROGRAM MANAGER**    DOC 550.100

| LOG I.D. NUMBER |
|---|
| 0828815 |

**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**OFFENDER COMPLAINT**

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

RESIDENTIAL FACILITIES: Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| Estes | Kevin | Lee | 915117 |
| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
| C.I. meat Plant | 7:30-3:30 | MICC | E-312-2 |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: | STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|---|

I WANT TO GRIEVE: This is the 3rd rewrite persuent to the Coordinators deliberate obstruction of Wa. St. Supreme #82540-8 persuent to the mailroom person at extention #6524 denying outgoing legal mail to said courts costing me my appeal. As addressed in the original and two other rewrites of this Log I.O. No#.

SUGGESTED REMEDY: Person at Extention #6524 write a letter to the court under this cause stating what authority they have to deny access to the court and due process inconjunction with Appeal proceedings. As addressed in the last three grievances under this issue of the mailroom started on 12/3/08

MANDATORY SIGNATURE: [signature]   DATE: 12/24/08

**GRIEVANCE COORDINATOR'S RESPONSE**

Your complaint is being returned because:
☒ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____.
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by:
Due Date: _____
☐ No rewrite received. Date: _____

LOCATION CODE: I03
DATE RECEIVED: 1/2/09

EXPLANATION: You may not file multiple complaint regarding one issue. You may not file complaints based on third party information. You did not speak to anyone at that extension — 3rd party information.

| INITIAL COMPLAINT OBTS INFORMATION | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| | | | | 08 | 08 | 1/7/09 | [signature] |

Distribution: WHITE-Grievance Program Manager   CANARY-Grievance Coordinator   PINK-Grievant
DOC 05-165 (Rev. 2/05/07)
DOC 550.100