UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN LEE ESTES,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS *et* al.,

    Defendants.

CASE NO. C08-5749FDB/JRC

ORDER DENYING MOTION TO FILE EVIDENCE

    This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. The matter is before the Court on plaintiff's motion asking the Court to allow the filing of 186 pages of records (Dkt. # 32). Plaintiff alleges the "evidence" he is trying to file supports his claims.

    This is not the proper manner in which to admit evidence. Neither the Court, nor opposing counsel can determine what portion of the evidence may be germane to any issue. The Court cannot make rulings on admissibility, or relevance, when documents are submitted in this fashion.

ORDER - 1

Therefore, the motion is **DENIED**. This should not be taken as an indication that some or all of the documentation may not properly be admitted in support of, or in objection to, a later motion. The documents submitted on March 6, 2009, however, will not be considered in this form.

The Clerk's Office is directed to send plaintiff a copy of this order and remove Dkt. # 32 from the Court's calendar.

DATED this 2nd day of April, 2009.

J. Richard Creatura
United States Magistrate Judge