# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KEVIN LEE ESTES,

                Plaintiff,

  v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

No. 08-5749 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION WITHOUT PREJUDICE

      The Magistrate Judge recommends that this prisoner civil rights action be dismissed for failure to exhaust administrative remedies. As detailed by the Magistrate Judge, the record shows definitively that Plaintiff failed to exhaust the grievance procedures prior to commencing this action.

      The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation;

      (2)    The motion to dismiss this action is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1    (3) The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

DATED this 9th day of June, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2