# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEVIN LEE ESTES

JUDGMENT IN A CIVIL CASE

v.

WASHINGTON STATE DEPARTMENT OF
   CORRECTIONS, *et al.*,

CASE NUMBER: C08-5749FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The motion to dismiss this action is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.


| June 11, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

| | *s/CM Gonzalez* |
|---|---|
| | Deputy Clerk |